[No. 3723, 3724, 3726, 3726½—Decided April 15, 1901.]

PETER ANDERSON et al., Respondents, v. J. B. CLOCK et al., Defendants, J. BLUMAUER & SONS, Appellants.

Appeal from Superior Court, Thurston County.—Hon. OLIVER V. LINN, Judge. Affirmed.

Troy & Falknor, for appellants.

John R. Mitchell, Phil. Skillman and J. W. Robinson, for respondents.

PER CURIAM.—For the reasons assigned in Blumauer v. Clock, just decided, ante, p. 596, the judgment is affirmed.

---

[No. 3858.   Decided April 15, 1901.]

THE STATE OF WASHINGTON on the relation of R. B. McLeod v. SUPERIOR COURT OF KING COUNTY.
    Original Application for Prohibition.

George G. Williamson and Root, Palmer & Brown, for relator.

E. H. Guie and Vince H. Faben, for respondent.

PER CURIAM.—For the reasons stated in State ex rel. Wallace v. Superior Court of King County, just decided, ante, p. 605, the writ in this case is denied.

---

[No. 3516.   Decided April 16, 1901.]

GRAY'S HARBOR COMPANY, Appellant, v. THOMAS McNALLY et ux., Respondent.

Appeal from Superior Court, Chehalis County.—HON. CHARLES W. HODGDON, Judge. Reversed.

Sidney Moor Heath and Stephens & Bunn, for appellant.

W. H. Abel, for respondents.

PER CURIAM.—The essential facts and questions of law presented by the record in this case are the same as those before this court in Gray's Harbor Co. v. Drumm, 23 Wash. 706. On the authority of that case the judgment is reversed and the cause remanded, with instructions to enter a judgment in favor of the appellant.